FORM B6F (Official Form 6F) (9/97)

In re **McAuley, Stephania, Lanette**                              Case No. _____
_____Debtor_____                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheets provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1155991057<br>CRed Protections Assoc<br>1355 Noel Rd<br>Suite 2100<br>Dallas, TX 75240 | | | 9-2004<br><br>Collection P+L<br>10-2004 | | | | $428.00 |
| ACCOUNT NO. 465024097<br>Ameranip | | | 9-2001<br>Closed 8-2002<br>Charged off 8-2002<br>Coll-P+L 7-2003 | | | | $364.00 High<br>$317.00 <s>Pymt</s><br>Bal |
| ACCOUNT NO. 1072003920<br>Nationwide Credit<br>4919 W Roosavelt Rd<br>WestChester, IL 60154 | | | 9-2002<br><br>Reported 3-2003 | | | | $288.00 |
| ACCOUNT NO. 3497844 7<br>CBCS<br>236 East Towne St<br>Columbus, OH 43215 | | | 1-2005<br>Reported 3-2005 | | | | $269.00 |

_____ continuation sheets attached

Subtotal ➤  $ 1,302.00

Total ➤  $
(Report also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re __McAuley, Stephanie Lanatte__       Case No. _____
         **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. M9441 <br> Med BUSI BuR | | | 1-2002 <br> Placed FOR Collection <br> Reported 3-2005 | | | | $183.00 |
| ACCOUNT NO. 1020003960 <br> Nation Wide Credit <br> 9919 W Roosevelt Rd <br> West Chester, IL 60154 | | | 9-2002 <br> Collection <br> Reported 3-2003 | | | | $165.00 |
| ACCOUNT NO. M9441D/M04 <br> UNKNOWN account <br> Name (med Bill) | | | 1-2002 <br> Reported 3-2005 <br> Collection | | | X | $109.00 |
| ACCOUNT NO. HC1329700 <br> Provana Covenant <br> med. <br> 1400 W Park st <br> Urbana, IL 61801 | | | | | | | $636.91 |

_____ continuation sheets attached

Subtotal ▶ | $ | 1,093.91

Total ▶ | $ |
(Report also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re *McAuley, Stephania, Lanette*
Debtor

Case No. _____
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 350-70-34306 <br> Quick Payday | | | | | | | $36.00 + Fees |
| ACCOUNT NO. 182 343 <br> United Cashhoan <br> 2533 N <br> Carson City, NV 8970 | | | | | | | $325.00 + Fees |
| ACCOUNT NO. LPD2493-00 <br> Payday Loan inc <br> #210 <br> 28 East Jackson <br> Chicago, IL | | | | | | | $504.20 + Fees |
| ACCOUNT NO. CLS3-80319 <br> 0009 <br> Payday loan store of IL, inc <br> 154 - N Wabash <br> Chicago, IL 60601 | | | | | | | $890.00 + Fees |

___ continuation sheets attached

Subtotal ➤  $  2,079.20

Total ➤  $ 

(Report also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re __McAuley StePhanie Lanette__   Case No. _____
_____Debtor_____   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MC1330960 Provena CovenAnt Med, C+R. 1400 W Park St Urbana, IL 61801 | | | | | | | $282.00 |
| ACCOUNT NO. americash Loans 105 W Madison Chicago, IL 60602 | | | | | | | 1,213.03 +Fees |
| ACCOUNT NO. A-McA-471936 CaSh Loan Team P.O. Box 105617 Atlanta, GA, 30348 | | | | | | | $375 +Fees |
| ACCOUNT NO. 1091/51784 JD. Market | | | | | | | $260+ Fees |

_____continuation sheets attached

Subtotal ➤ $ 2,130.03

Total ➤ $

(Report also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re __McAuley, Stephanie, Lanetta__
    Debtor

Case No. _____
              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4099 <br> Ameri Cash Loans <br> 105 W Madison <br> Chicago, IL 60602 | | | | | | | $311.09 + Fees |
| ACCOUNT NO. 82001239-01 <br> Davon Fin <br> 6414 N Western <br> Chicago, IL 60645 | | | Garnishment | | | | $421.22 |
| ACCOUNT NO. 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 <br> Cash 2 day <br> 1005 Terminal way <br> Ste 110 <br> Reno, NV 89502 | | | | | | | $990.00 |
| ACCOUNT NO. # 8633 <br> Star Light Financial LLC. | | | | | | | $244. + Fees |

_____ continuation sheets attached

Subtotal ➤  | $ 1,966.31

Total ➤  | $

(Report also on Summary of Schedules)

FORM B6F (Official Form 6F) (9/97)

In re _McAuley, Stephanie, Nanette_   Case No. _____
        **Debtor**                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37932-000770 590D<br>Transworld Systems<br>5880 Commerce Blvd<br>Rohnert Park, CA 94928 | | | | | | | $175.00 |
| ACCOUNT NO. 11546884<br>Van Ru Crd Corp<br>(Com Ed 162962 1040)<br>150 S Sunnyslope<br>Std 108<br>Brookfield, WI 53005 | | | | | | | $126.00 |
| ACCOUNT NO. 369386<br>American Debt Collection<br>P.O. Box 608<br>Oxford, MS. | | | | | | | $386.95 + Fees |
| ACCOUNT NO. | | | | | | | |

_____ continuation sheets attached

Subtotal ➤ | $ 688.55

Total ➤ | $

(Report also on Summary of Schedules)

B6G
(10/89)

In re _McAuley, Stephanie Lanette_
     Debtor

Case No._____
        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(6/90)

In re _McAuley, StePhanie Lanatte_    Case No. _____
Debtor                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

FORM B6I
(6/90)

In re _McAuley Stephanie Lanette_
Debtor

Case No._____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES _Marquita Hamilton_ _Tiajuana Johnson_ _Yasmine Beatty_ | AGE _16 yrs old_ _14 yrs old_ _12 yrs old_ | RELATIONSHIP _Daughter_ _Daughter_ _Daughter_ |
| Employment: _Baker & Miller_ DEBTOR | | SPOUSE | |
| Occupation _Collector_ | | | |
| Name of Employer _Baker & Miller Law Office_ | | | |
| How long employed _2 yrs & 3 mos_ | | | |
| Address of Employer _29 N Wacker Dr 5th Fl_ _Chicago, IL 60606_ | | | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions | | |
| (pro rate if not paid monthly.) _Sal + bonus so it varys_ | $ _1,950.00_ | $ ____ |
| Estimated monthly overtime | $ _0_ | $ ____ |
| **SUBTOTAL** | $ _1,950.00_ | $ ____ |
| **LESS PAYROLL DEDUCTIONS** | | |
| a.  Payroll taxes and social security    _about_ | $ _380.00_ | $ ____ |
| b.  Insurance | $ _15.38_ | $ ____ |
| c.  Union dues | $ _0_ | $ ____ |
| d.  Other (Specify: _garnishment_ ) | $ _122.77_ | $ ____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ _518.15_ | $ ____ |
| **TOTAL NET MONTHLY TAKE HOME PAY**   _about_ | $ _1,450.00_ | $ ____ |
| Regular income from operation of business or profession or farm | $ _0_ | $ ____ |
| (attach detailed statement) | | |
| Income from real property | $ _0_ | $ ____ |
| Interest and dividends | $ _0_ | $ ____ |
| Alimony, maintenance or support payments payable to the debtor for the | | |
| debtor's use or that of dependents listed above. _Not getting anything now_ | $ _0_ | $ ____ |
| Social security or other government assistance | | |
| (Specify) _____ | $ _0_ | $ ____ |
| Pension or retirement income | $ _0_ | $ ____ |
| Other monthly income | $ _0_ | $ ____ |
| (Specify) _____ | $ _0_ | $ ____ |
| **TOTAL MONTHLY INCOME** | $ _1,450.00_ | $ ____ |

**TOTAL COMBINED MONTHLY INCOME**   $ _1,450.00_      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J
(6/90)

In re McAulaY, StePhanie Lana HC
Debtor

Case No. _____
(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 725.00 |
| Are real estate taxes included?   Yes _____   No _____ | |
| Is property insurance included?   Yes _____   No _____ | |
| Utilities   Electricity and heating fuel | $ 180.00 |
| Water and sewer | $ 85.00 |
| Telephone | $ 100.00 |
| Other _____ | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 |
| Food | $ 500.00 |
| Clothing Don't by Clothes evar month but when I do can spend about | $ 300.00 |
| Laundry and dry cleaning (school just started back) | $ 80.00 |
| Medical and dental expenses | $ 0 |
| Transportation (not including car payments) | $ 190.20 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0 |
| Charitable contributions | $ 0 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0 |
| Life | $ 0 |
| Health | $ 0 |
| Auto | $ 0 |
| Other _____ | $ 0 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0 |
| Other _____ | $ 0 |
| Other _____ | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other _____ | $ 0 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2,060.20 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ _____ |
| B. Total projected monthly expenses | $ _____ |
| C. Excess income (A minus B) | $ _____ |
| D. Total amount to be paid into plan each _____ | $ _____ |
|    (interval) | |

Official Form 6-Cont.
(12/03)

In re _McAuley, Stephanie Lanette_      Case No. _____
        Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _10-7-05_          Signature: _Stephanie McAuley_
                                                            Debtor

Date _____          Signature: _____
                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                                (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer                                        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110: 18 U.S.C. § 156.

-------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date _____          Signature: _____

                                                            _____
                                                            [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

## FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

_____ **NORTHERN** _____   DISTRICT OF   _____ **ILLINOIS** _____

In re: _McＡ̈uley, Stephanie Lanatta_   Case No. _____
_____(Name)_____                            (if known)

                Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE (if more than one)
$1,950.00                                           *Employment*
It Varies

2

**2.  Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                  SOURCE

---

**3.  Payments to creditors**

None 
☐

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None 
☒

b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None ☑ a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts



List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses



List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10. Other transfers



List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

5

**11. Closed financial accounts**



List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

**19. Books, records and financial statements**



a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                     DATES SERVICES RENDERED



b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                              DATES SERVICES RENDERED



c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS



d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                DATE ISSUED

**20. Inventories**



a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                     (Specify cost, market or other basis)

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

NAME AND ADDRESSES OF CUSTODIAN
OF INVENTORY RECORDS

DATE OF INVENTORY

9

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST      PERCENTAGE OF INTEREST

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

NAME AND ADDRESS          TITLE

**22 . Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                    ADDRESS              DATE OF WITHDRAWAL

None ☐  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS                              AMOUNT OF MONEY
OF RECIPIENT,          DATE AND PURPOSE     OR DESCRIPTION
RELATIONSHIP TO DEBTOR  OF WITHDRAWAL       AND VALUE OF PROPERTY

10

**24. Tax Consolidation Group.**

None 

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.



NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

---

*  *  *  *  *  *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _10-7-05_____     Signature _*Stephanie McAuley*_
                          of Debtor

Date _____     Signature _____
                          of Joint Debtor
                          (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature _____

                         _____
                         Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

------------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                             (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Official Form 8
(12/03)

# United States Bankruptcy Court

### Northern _____ District Of _____ Illinois _____

In re _McAuley Stephanie Lanette_
          Debtor

Case No. _____

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered.*

   **Description of Property**                                              **Creditor's name**

   b. *Property to Be Retained*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| | | | | |

Date: _10-7-05_                              _Stephanie McAuley_
                                             Signature of Debtor

-----------------------------------------------------------------------------

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____              _____
Signature of Bankruptcy Petition Preparer              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

May-02-05  03:35pm  From-cntrywde/fsl                    +8475457015        T-716  P.002/013  F-507

LANDSAFE CREDIT MERGE REPORT                            Page 1

Request Date/Time: 05/02/2005 01:56:20 PM              Request ID: CF1425777781
Prepared For: COUNTRYWIDE - FSLD                       Account #: 000089400000000
Subject: MCAULEY, STEPHANIE (ssn 350702306)
Spouse:
Address: 420 WILLSON , CALUMET CITY, IL 60409
--------------------------------------------------------------------------------------
PUBLIC RECORD INFORMATION
--------------------------------------------------------------------------------------
NOTE:  Public records may contain duplicate information.  This report
       displays all information reported by the repositories accessed.


JUDGEMENTS
----------
JUDGEMENT FILED IN 11-2000 BY WALTON  ISOM L;
       ATTORNEY:  FOR $1; STATUS: Filed 11-2000;
       DOCKET# M10728560; I-SUBJECT;
       (EFX-155VC0D018);

JUDGEMENT FILED IN 11-2000 BY 0M1721257 WALTON; ISOM L;
       ATTORNEY:  FOR $1950; STATUS: Vacated 11-2000;
       CHICAGO MUN CT-1ST DIS 1000; DOCKET# M1721257; I-SUBJECT;
       (TUC-25027325,XPN); REPORTED 11-2000;


--------------------------------------------------------------------------------------
COLLECTIONS
--------------------------------------------------------------------------------------
                                        (Bureau Reporting)               Last
Account Name/Number                     Balance     MOP     Rptd         Activity
Type Open/Assigned High       Pymt

                                        (TUC-Y49XV002,EFX)               SUBJECT
CCA/CREDTPAC/610                                                         08-2002
I    08-2003      660          660      660         Y-9     11-2003
Collection/CN: SBC   AMERITECH CONSUMER ILL
Placed for collection

                                        (TUC-Y4326001,EFX)               SUBJECT
CRD PRT ASSO/115599                                                      11-2000
I    09-2004      428          428      428         Y-9     10-2004
Collection/CN: COMCAST
Placed for collection

                                        (XPN-2980717)                    SUBJECT
NATIONWIDE CREDIT A/10720003920                                          03-2003
I    09-2002      288          288      288         Y-9     03-2003
Collection/CN: MEDICAL PAYMENT DATA

                                        (XPN-1981970,EFX)                SUBJECT
CBCS/34978447                                                           11-2003
I    01-2005      269          269      269         Y-9     03-2005
Collection/CN: MCI COMMUNICATIONS

                                        (TUC-Y36DS002,EFX)               SUBJECT
MED BUSI BUR/M9441                                                       09-2001
I    01-2002      183          183      183         Y-9     03-2005
Collection/CN: MEDICAL
Placed for collection

                                        (XPN-2980717)                    SUBJECT
NATIONWIDE CREDIT A/10720003960                                         03-2003
I    09-2002      165          165      165         Y-9     03-2003
Collection/CN: MEDICAL PAYMENT DATA



May-02-05  01:35pm  From-cntrywde/tsl                    48478457848        T-716  P.003/013  F-587

Page 2

LANDSAFE CREDIT MERGE REPORT

Request Date/Time: 05/02/2005 01:36:20 PM            Request ID: CP1425777781

------------------------------------------------------------------------------------
COLLECTIONS
------------------------------------------------------------------------------------
Account Name/Number                          (Bureau Reporting)              Last
Type Open/Assigned High        Pymt        Balance      MOP      Rptd     Activity

UNKNOWN ACCOUNT NAME/M94410 M04              (EFX-155YC00000)                 SUBJECT
I     01-2002      109          109        109           Y-9    03-2005    08-2001
Collection/CN:

UNKNOWN ACCOUNT NAME/929495186140            (EFX-558YC01737)                 JOINT
J     06-2002       8            8          8             Y-9    08-2002    04-2002
Collection/CN: SPOTLIGHT VIDEO


------------------------------------------------------------------------------------
DEROGATORY TRADELINES
------------------------------------------------------------------------------------
Account Name/Number                          (Bureau Reporting)  Past Due        Last
Type Open      High     Pymt    Balance      MOP status  Rptd    30 60 90+ MR Dlq

Accounts under Subject/Spouse:

SHERMAN ACQUISITION/518189000573             (XPN+-1623040,TUC)                  SUBJECT
I    04-2003 1564      1784c   1784          O-9 Coll-P&L 04-2005   00 00 00   20
Hist:04-2005 -                               LACT
Ctgy:Factoring company account               Term:1    Lmt:0
Past due:1784
Placed for collection

WFNNB/CHADWICKS OF BOS/146916672             (XPN+-1348650,TUC+,EFX+)          SUBJECT
I    05-2001 540       540c    540           R-9 Coll-P&L 03-2005   00 00 00   47
Hist:03-2005 -                               CLOSED    02-2004
Ctgy:Charge account                          Term:REV Lmt:100
Profit and loss write off
Charged off account
Charge
$540 Charge Off 02-2004

CRED PROTECTION ASSOC/1155991057             (XPN+-3994284)                    SUBJECT
I    09-2004 428      428c    428            I-9 Coll-P&L 10-2004   00 00 00   49
Hist:10-2004 -                               LACT
Ctgy:Collection                              Term:UNK Lmt:0
Past due:428

AMERENIP/465024097                           (TUC+-UNFE&(01,EFX+)              SUBJECT
I    09-2001 364      317c    317            O-9 Coll-P&L 07-2002   00 00 00    0
Hist:08-2003 -                               CLOSED    08-2002
Ctgy:Utility company                         Term:0    Lmt:0
Past due:317
Account Closed by consumer
Charged off account
$317 Charge Off 08-2002

May-02-05   03:35pm   From-cntrywde/fsl                    +6475457816        T-716  P.004/013  F-607

LANDSAFE CREDIT MERGE REPORT                              Page 3

Request Date/Time: 05/02/2005 01:56:20 PM              Request ID: CF1425777781

-----------------------------------------------------------------------------
DEROGATORY TRADELINES
-----------------------------------------------------------------------------
Account Name/Number                    (Bureau Reporting)   Past Due      Last
Type Open     High    Pymt   Balance  MOP Status    Rptd    30 60 90+ MR  Dlq

Accounts under Subject/Spouse:
------------------------------
SWISS COLONY INC/840523281384A             (XPN+-299391:,TUC+,EFX+)      SUBJECT
I   11-2000 224       224o   224      R-9 Coll-P&L 04-2005  00 00 00  44
Hist:03-2005 -                            CLOSED    08-2001
Ctgy:Charge account                       Term:REV Lmt:224
Past due:100
Profit and loss write off
Charged off account
Charge
$224 Charge Off 08-2001

EMERGE/FNBO/518189000573                   (TUC+-R247C003)              SUBJECT
I   05-2000 1562     0      0          R-9 Coll-P&L 03-2005  00 00 00  0
Hist:                                     CLOSED    06-2002
Ctgy:Credit card                          Term:0   Lmt:300
Past due:251
Purchased by another lender

Joint Accounts:
---------------
GEMB/WALMART/6032203390726801              (XPN+-132750),TUC+,EFX+)     JOINT
J   09-2000 910     0      0           R-9 Coll-P&L 10-2004  00 00 00  49
Hist:10-2004 -                            CLOSED    06-2003
Ctgy:Charge account                       Term:REV Lmt:910
Past due:225
Profit and loss write off
Charged off account
Charge
Charge Off 06-2003

-----------------------------------------------------------------------------
TRADELINES
-----------------------------------------------------------------------------
      -- No Information Was Found --
-----------------------------------------------------------------------------
IDENTIFICATION INFORMATION
-----------------------------------------------------------------------------
Name                          SSN         DOB        (Age)  Bureau

1. MCAULEY, STEPHANIE L       350702306   11/29/1969 (35)   EFX
2. MCAULEY, STEPHANIE LYNETTE 350702306   01/01/1969 (36)   TUC
3. MCAULEY, STEPHANIE         350702306   11/29/1969 (35)   XPN
-----------------------------------------------------------------------------
INQUIRIES MADE IN THE LAST 90 DAYS:
-----------------------------------------------------------------------------
Date       Credit Grantor       Bureau  Subscriber ID   Subject/spouse

05/02/2005  CNTRYWD FSL          TUC     F2135305        SUBJECT
04/22/2005  NATIONWIDE A         TUC     F0004222        SUBJECT
04/06/2005  CITI                 TUC     R6539225        SUBJECT

May-02-05   03:38pm   From=ntrymds/ts!                           43475457048        T-716   P.005/013   F-507

LANDSAFE CREDIT MERGE REPORT                              Page 4

Request Date/Time: 05/02/2005 01:56:20 PM              Request ID: CF1425777781
------------------------------------------------------------------------------
ADDRESS INFORMATION
------------------------------------------------------------------------------

| Address | Reported | Bureau | Subject/Spouse |
|---|---|---|---|
| 313A WOODCREEK DR APT 101   101<br>BOLINGBROOK, IL 60440 | 06-2004 | EFX | SUBJECT |
| 420 WILSON<br>CALUMET CITY, IL 60409 | 04-2005 | TUC | SUBJECT |
| 202 FLAGSTAFF DR<br>BOLINGBROOK, IL 60440 | 02-2002 | EFX | SUBJECT |
| 507 W WHITE ST APT 21   21<br>CHAMPAIGN, IL 61820 | 03-2005 | EFX | SUBJECT |
| 313 A WOODVREEK DR APT 101<br>BLOINGBROOK, IL 60440 | 06-2003 | XPN | SUBJECT |
| 313 AWOODERKEK DR  101<br>BOLINGBROOK, IL 60440 | | TUC | SUBJECT |
| 507 W WHITE ST APT 21<br>CHAMPAIGN, IL 618204736 | 11-2001 | XPN | SUBJECT |

XPN ADDRESS MISMATCH ALERT SUBJECT: ADDRESS DISCREPANCY IDENTIFIED

EFX ADDRESS MISMATCH ALERT SUBJECT: ADDRESS DISCREPANCY IDENTIFIED
------------------------------------------------------------------------------
EMPLOYMENT INFORMATION
------------------------------------------------------------------------------

1. HOMELINE ,
OCCUPATION UNKNOWN    EFX   SUBJECT

2. BAKER MILLER LAW O
OCCUPATION UNKNOWN   Rptd 12-2004   TUC   SUBJECT

3. HOME LINE INC CHICAGO IL
OCCUPATION UNKNOWN   Rptd 11-1999   TUC   SUBJECT
------------------------------------------------------------------------------
AKA INFORMATION
------------------------------------------------------------------------------
    -- No Information Was Found --

May-02-05   03:38pm   From-cntrywde/fsl                    *847B497016           T-716  P.008/019  F-507

LANDSAFE CREDIT MERGE REPORT                              Page 5

Request Date/Time: 05/02/2005 01:56:20 PM               Request ID: CF1425777781
-----------------------------------------------------------------------------------
MISCELLANEOUS INFORMATION
-----------------------------------------------------------------------------------
XPN SUBJECT
OFAC CLEAR

TUC SUBJECT
OFAC CLEAR

-----------------------------------------------------------------------------------
CONSUMER STATEMENTS
-----------------------------------------------------------------------------------
    -- No Information Was Found --
-----------------------------------------------------------------------------------
FRAUD VERIFICATION INFORMATION
-----------------------------------------------------------------------------------
XPN FACS/FACS+ SUBJECT
INQUIRY/ONFILE CURRENT ADDRESS CONFLICT
INQUIRY CURRENT ADDRESS NOT ONFILE
SSN USED 0000 TIMES SINCE 02/01/2005
SSN ISSUED BETWEEN 1981 AND 1983
ADDR. USED 0000 TIMES SINCE 02/01/2005
TUC HAWK ALERT SUBJECT
  SSN issued: 1982-1983; state: IL
TUC HAWK ALERT SUBJECT
  SSN issued: 1982-1983; state: IL
TUC TRANS-ALERT SUBJECT
TRANS-ALERT IS CLEAR
EFX SAFESCAN SUBJECT
SSN IS CLEAR, ADDRESS IS CLEAR
SSN ISSUED YEAR: 1982 ; STATE: IL
-----------------------------------------------------------------------------------
DIRECT CHECK INFORMATION
-----------------------------------------------------------------------------------
Subscriber Name /   Address                  Subscriber#    Contact Phone
-----------------------------------------------------------------------------------
GEMB/WALMART                                  1327500       BYMAILONLY
    PO BOX 981400, EL PASO, TX 79998
WFNNB/CHADWICKS OF BOS                         1348850
    PO BOX 182766, COLUMBUS, OH 43218
SHERMAN ACQUISITION                            1623040       8003633115,
    PO BOX 740281, HOUSTON, TX 77274
CBCS                                           1981970       8005472987
    236 EAST TOWNE ST, COLUMBUS, OH 43215
CHICAGO NOW CT-1ST DIS                         2011000       BYMAILONLY
    DALEY CENTER, CHICAGO, IL 60602
WFNNB/BRYLANE                                  2304960
    4590 E BROAD ST, COLUMBUS, OH 43213
T/J CHEVROLET INC                              2965152       7085946400
    8200 S HARLEM AVE, BRIDGEVIEW, IL 60455
NATIONWIDE CREDIT & CO                         2980727       7087863300
    9919 W ROOSEVELT RD, WESTCHESTER, IL 60154
SWISS COLONY INC                               2993911       BYMAILONLY
    1112 7TH AVE, MONROE, WI 53566

May-02-05   08:28pm   From-cntrysde/fsi                              +8473467816          T-718   P.007/013   F-507

LANDSAFE CREDIT MERGE REPORT                        Page 6

Request Date/Time: 05/02/2005 01:55:20 PM          Request ID: CF1425777781
-------------------------------------------------------------------------------
DIRECT CHECK INFORMATION
-------------------------------------------------------------------------------
Subscriber Name /   Address                        Subscriber#      Contact Phone
-------------------------------------------------------------------------------
CIT BANK/DFS                                        3135960          8009553355
     12234 N IH 35 SB BLDG B, AUSTIN, TX 78754
ICB/REFUND LENDING                                 3169800          8005240628
     200 SOMERSET CORP BLVD, BRIDGEWATER, NJ 08807
PACIFIC CAPITAL BANK N                              3170550          BYMAILONLY
     PO BOX 1390, SOLANA BEACH, CA 92075
NORDSTROM FSB VISA                                  3271450          8009354210
     PO BOX 6565, ENGLEWOOD, CO 80155
CRED PROTECTIONS ASSOC                              3994264          9722339614
     1355 NOEL RD SUITE 2100, DALLAS, TX 75240
-------------------------------------------------------------------------------
CONSUMER REFERRAL INFORMATION
-------------------------------------------------------------------------------
Bureau      Address                            Phone

   EFX      EQUIFAX INFORMATION SVCS           (800) 685-1111
            P.O. BOX 740243, ATLANTA, GA 30374

   XPN      EXPERIAN INFORMATION SVCS          (888) 397-3742
            P.O. BOX 2002, ALLEN, TX 75013-3742

   TUC      TRANS UNION INFORMATION SVCS       (800) 916-8800
            P.O. BOX 1000, CHESTER, PA 19022

Prepared By: LandSafe Credit, Inc.
             1515 Walnut Grove Ave.
             Rosemead, CA 91770 (877) 692-5679

        This report contains information supplied by the repositories
        named above.  Its contents have not been verified by Landsafe
        and may contain duplicate information.  While this report is
        being used for some real estate lending purposes, it is not a
        Residential Mortgage Credit Report as defined by FNMA, FHLMC,
        and FHA/VA guidelines.

May-02-05   03:36pm   From-cntrywde/ls|                    +8475487018          T-716  P.008/013  F-507

LANDSAFE CREDIT MERGE REPORT

Request Date/Time: 05/02/2005 01:56:20 PM          Request ID: CF1425777781
Prepared For: COUNTRYWIDE - FSLD                   Account #:  000089400000000
Subject: MCAULEY, STEPHANIE(ssn 350702306)
Spouse:
Address: 420 WILLSON , CALUMET CITY, IL 60409
------------------------------------------------------------------------------
ACCOUNT BALANCE SUMMARY
------------------------------------------------------------------------------

| CREDITOR ACCOUNT# | OPEN REPD | HIGH BALANCE | TERM PAYMENT | MOP | PAY HIST 30-60-90 | LOAN TYPE LAST DLQ | TYPE |
|---|---|---|---|---|---|---|---|
| SHERMAN ACQUISITION 518189000573 | 04-2003 04-2005 | 1566 1784 | 1 M 1784 | O-9 | 0  0  0 | FACTORING CO (XPN,TUC) | I-B |
| CCA/CREDTPAC 610 | 08-2003 11-2003 | 660 660 | 660 | Y-9 | | (TUC,EFX) | I-B |
| WFNNB/CHADWICKS OF 146916671 | 05-2001 03-2005 | 540 540 | REV M 540 | R-9 | 0  0  0 | CHARGE ACCOUNT (XPN,TUC,EFX) | I-B |
| CRED PROTECTIONS AS 1155991057 | 09-2004 10-2004 | 428 428 | UNK 428 | I-9 | 0  0  0 | COLLECTION (XPN) | I-B |
| CRD PRT ASSO 115599 | 09-2004 10-2004 | 428 428 | 428 | Y-9 | | (TUC,EFX) | I-B |
| AMERENIP 465024097 | 09-2001 07-2003 | 364 317 | 0 M 317 | O-9 | 0  0  0 | UTILITY COMPANY (TUC,EFX) | I-B |
| NATIONWIDE CREDIT & 10720003920 | 09-2002 03-2003 | 288 288 | 288 | Y-9 | | (XPN) | I-B |
| CBCB 34878447 | 01-2005 03-2005 | 269 269 | 269 | Y-9 | | (XPN,EFX) | I-B |
| SWISS COLONY INC 840523281384A | 11-2000 04-2005 | 224 224 | REV M 224 | R-9 | 0  0  0 | CHARGE ACCOUNT (XPN,TUC,EFX) | I-B |
| MED BUSI BUR M9441 | 01-2002 03-2005 | 183 183 | 183 | Y-9 | | (TUC,EFX) | I-B |
| NATIONWIDE CREDIT & 10720003960 | 09-2002 03-2003 | 165 165 | 165 | Y-9 | | (XPN) | I-B |
| UNKNOWN ACCOUNT NAME M94410 K04 | 01-2002 03-2005 | 109 109 | 109 | Y-9 | | (XPN) | I-B |
| UNKNOWN ACCOUNT NAME 929495186140 | 06-2002 08-2002 | 8 8 | 8 | Y-9 | | (EFX) | J |

===============================================================================
    TOTAL BALANCE: 5403          TOTAL PAYMENTS: 5403
===============================================================================

May-02-05   03:35pm   From-cntrywde/1s1          +8476457016          T-716  P.001/013  F-507

LANDSAFE CREDIT MERGE REPORT

                                              Request ID: CF1425777781
Original Request 3-File:        $35.00    Original Request Date: 05/02/2005
Total Cost:                     $35.00
Prepared For: COUNTRYWIDE - FSLD             Account #: 000089400000000
Address:      1600 Golf Rd Ste 110           Requestor: mfrawley-08237
              Rolling Meadows, IL 60008-4221  Phone: 8774946445
Branch:       0000894                         Fax: 8774946447
File ID:      2100329536                       Seller: 00000

Subject: MCAULEY, STEPHANIE(ssn 350702306)
Spouse:
Address: 420 WILLSON , CALUMET CITY, IL 60409
-----------------------------------------------------------------------------
SUMMARY
-----------------------------------------------------------------------------
                                               CURRENT STATUS (tradelines)
ACCOUNT DISTRIBUTION                          Curr  Clsd  Unrt  30  60  90+
Account Type    Count   Balance   Payments     0     0     0    0   0   0
Real Estate       0        0         0         0     0     0    0   0   1
Installment       1       428       428        0     4     0    0   0   0
Revolving         4       764       764        0     4     0    0   0   9
Other            10      4211      4211        0     1     0    0   0  10
Total            15      5403      5403        0     5     0    0   0  10

INQUIRIES               PUBLIC RECORDS    HISTORICAL DELINQUENCIES (count)
  90 Days Total    3    XPN        1      Account Type  LastDlq  30  60  90+
Less same day      0    EFX        1      Real Estate      -      0   0   0
Adjusted Total     3    TUC        1      Installment      -      0   0   0
New Trades(6 mths) 0    Last 2Yrs  N      Revolving        -      0   0   9
                                          Other            -      0   0   9
Oldest Trd:  05/2000                      Total                   0   0   8
-----------------------------------------------------------------------------
BUREAU SCORE INFORMATION
-----------------------------------------------------------------------------
                                     Bureau - Product Code          Score
LastName, FirstName
MCAULEY, STEPHANIE 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         XPN - Experian/Fair, Isaac Model   547
 38  -  Serious delinquency, and derogatory public record or collection filed
 18  -  Number of accounts with delinquency
 20  -  Length of time since derogatory public record or collection
 10  -  Proportion of balances to credit limits is too high
     -  NUMBER OF RECENT INQUIRIES

MCAULEY, STEPHANIE 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         EFX - FACTA BEACON 5.0           491
 38  -  Serious delinquency, and derogatory public record or collection filed
 18  -  Number of accounts with delinquency
 14  -  Length of time accounts have been established
 20  -  Length of time since derogatory public record or collection
     -  Number of inquiries adversely affected the score, but not significantly

MCAULEY, STEPHANIE 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         TUC - FICO CLASSIC 98            477
 38  -  Serious delinquency, and derogatory public record or collection filed
 18  -  Number of accounts with delinquency
 13  -  Time since delinquency is too recent or unknown
 20  -  Length of time since derogatory public record or collection
     -  In Addition to the factors listed above, the number of inquires on the
        consumer's credit file has adversely affected the credit score